# EXHIBIT 5

# Administrative Fee

**$29.46 monthly per contract**
**First year cost   ($29.46 x 520 contracts x 10 months )   =**          **$153,192**

Your BCBSM Administrative fee is all-inclusive. No fee is charged for the first two months of a new program, and your fee includes all of these advantages and more:

- Plan Implementation
- Benefit Books
- ID Cards
- Employee Communications
- Claims Processing
- Check Writing
- Local Account Representative
- Utilization Management Reports
- Precertification
- Utilization Review
- Case Management
- Membership Collection System
- Actuarial Services
- Anti-Fraud Services
- Cost Containment
- Group Conversion Privileges
- Customer Service Representatives
- Blue HealthLine

## Stop-loss (Re-insurance)

Specific stop-loss protects against individual catastrophic claims paid during the plan year. Aggregate stop-loss protects against high claims for your group in total. Stop-loss protection is essential for most self-funded organizations. We offer excellent coverage at an excellent price with features other stop-loss carriers don't offer.

BCBSM Stop-Loss Advantages:
- Administered on a per contract basis (i.e. a family of five is capped at $75,000 rather than each family member capped at $75,000 each)
- Guaranteed renewal
- No need to coordinate reimbursement with a third party
- Immediate credit for any contract that exceeds the specific stop-loss limit

| | Annual Attachment Point | | Monthly Cost Per Contract | | |
|---|---|---|---|---|---|
| Specific | Aggregate per contract | Based on 520 contracts | Specific | 120% Aggregate | Total |
| $40,000 | $2,620 | $1,362,581 | $21.72 | $2.72 | $24.44 |
| $50,000 | $2,686 | $1,396,843 | $16.41 | $3.23 | $19.64 |
| **$75,000** | **$2,778** | **$1,444,335** | **$9.60** | **$3.76** | **$13.36** |
| $100,000 | $2,826 | $1,469,314 | $6.29 | $3.98 | $10.27 |
| Aggregate Only | $2,918 | $1,517,159 | | $4.66 | $4.66 |

**First year cost   ( $13.36 x 520 Contracts x 12 months )   =**          **$83,366**

Your group's aggregate attachment point is calculated by multiplying 120% of projected annual amounts billed your group by BCBSM for medical coverage by the number of contracts covered ( 120% x $1,203,613 / 520 = $2,778 ).

Your stop-loss protection covers your medical benefits (hospital, professional) for both $75,000 Specific and 120% Aggregate.

## Administrative Fee

|                     | Current<br>07/01/2000 - 06/30/2001 | Renewal<br>07/01/2001 - 06/30/2002 | Adjustment |
|---------------------|------------------------------------|------------------------------------|------------|
| Monthly Per Contract | $21.41                            | $23.34                             | 9.01%      |

Your BCBSM Administrative Fee is all-inclusive. Your fee includes all of these advantages and more:

- HIPAA Certificates
- Benefit Books
- ID Cards
- Employee Communications
- Claims Processing
- Check Writing
- Local Account Representatives
- Utilization Management Reports
- Precertification

- Utilization Review
- Case Management
- Membership Processing
- Actuarial Services
- Anti-Fraud Services
- Cost Containment
- Group Conversion Privileges
- Customer Service Representatives
- Blue HealthLine

## Stop - Loss

*changed to $100,000*

| $75,000 Specific<br>& 120% Aggregate | Current<br>07/01/2000 - 06/30/2001 | Renewal<br>07/01/2001 - 06/30/2002 | Adjustment |
|--------------------------------------|------------------------------------|------------------------------------|------------|
| Monthly Fee Per Contract             | $13.36                             | $17.58                             | 31.59%     |
| Aggregate Attachment Point           | $2,778                             | $3,142                             | 13.10%     |

Specific stop-loss protects against individual catastrophic claims paid during the plan year. Aggregate stop-loss protects against high claims for your group in total. Your stop-loss protection covers your Medical benefits (Facility and Physician) for both Specific and Aggregate.

### BCBSM Stop-Loss Advantages:

- Administered on a per contract basis (i.e., a family of five is capped at $75,000 rather than each family member capped at $75,000 each)
- Guaranteed renewal
- No need to coordinate reimbursement with a third party
- Immediate credit for any contract that exceeds the specific stop-loss limit
- Pooled excess claims never affect future renewal rates

## Administrative Fee

|  | Current<br>07/01/2002 - 06/30/2003 | Renewal<br>07/01/2003 - 06/30/2004 | Adjustment |
|---|---|---|---|
| Monthly Per Contract | $25.44 | $27.22 | 7.00% |

Your BCBSM Administrative Fee is all-inclusive. Your fee includes all of these advantages and more:

* HIPAA Certificates
* Benefit Books
* ID Cards
* Employee Communications
* Claims Processing
* Check Writing
* Local Account Representatives
* Utilization Management Reports
* Precertification
* Utilization Review
* Case Management
* Membership Processing
* Actuarial Services
* Anti-Fraud Services
* Cost Containment
* Group Conversion Privileges
* Customer Service Representatives
* Blue HealthLine

## Stop - Loss

| $100,000 Specific | Current<br>07/01/2002 - 06/30/2003 | Renewal<br>07/01/2003 - 06/30/2004 | Adjustment |
|---|---|---|---|
| Monthly Fee Per Contract | $11.92 | $14.17 | 18.88% |

Specific stop-loss protects against individual catastrophic claims paid during the plan year. Aggregate stop-loss protects against high claims for your group in total. Your stop-loss protection covers your Medical benefits (Facility and Physician) for Specific.

### BCBSM Stop-Loss Advantages:

* Administered on a per contract basis (i.e., a family of five is capped at $75,000 rather than each family member capped at $75,000 each)

* Guaranteed renewal
* No need to coordinate reimbursement with a third party
* Immediate credit for any contract that exceeds the specific stop-loss limit
* Pooled excess claims never affect future renewal rates

## Administrative Fee

IRONWORKERS LOCAL 340
MAY 2 4 2004
HEALTH CARE MANAGEMENT
INCOME PLAN

|  | Current<br>07/01/2003 - 06/30/2004 | Renewal<br>07/01/2004 - 06/30/2005 | Adjustment |
|---|---|---|---|
| Monthly Per Contract | $27.22 | $28.58 | 5.00% |

Your BCBSM Administrative Fee is all-inclusive. Your fee includes all of these advantages and more:

- * HIPAA Certificates
- * Benefit Books
- * ID Cards
- * Employee Communications
- * Claims Processing
- * Check Writing
- * Local Account Representatives
- * Utilization Management Reports
- * Precertification
- * Utilization Review
- * Case Management
- * Membership Processing
- * Actuarial Services
- * Anti-Fraud Services
- * Cost Containment
- * Group Conversion Privileges
- * Customer Service Representatives
- * Blue HealthLine

## Stop - Loss

| $100,000 Specific | Current<br>07/01/2003 - 06/30/2004 | Renewal<br>07/01/2004 - 06/30/2005 | Adjustment |
|---|---|---|---|
| Monthly Fee Per Contract | $14.17 | $15.46 | 9.10% |

Specific stop-loss protects against individual catastrophic claims paid during the plan year. Aggregate stop-loss protects against high claims for your group in total. Your stop-loss protection covers your Medical benefits (Facility and Physician) for Specific.

### BCBSM Stop-Loss Advantages:

* Administered on a per contract basis (i.e., a family of five is capped at $75,000 rather than each family member capped at $75,000 each)

* Guaranteed renewal
* No need to coordinate reimbursement with a third party
* Immediate credit for any contract that exceeds the specific stop-loss limit
* Pooled excess claims never affect future renewal rates

## Administrative Fee

|  | Current<br>07/01/2004 - 06/30/2005 | Renewal<br>07/01/2005 - 06/30/2006 | Adjustment |
|---|---|---|---|
| Monthly Per Contract | $28.58 | $28.58 | 0.00% |

Your BCBSM Administrative Fee is all-inclusive. Your fee includes all of these advantages and more:

- HIPAA Certificates
- Benefit Books
- ID Cards
- Employee Communications
- Claims Processing
- Check Writing
- Local Account Representatives
- Utilization Management Reports
- Precertification
- Utilization Review
- Case Management
- Membership Processing
- Actuarial Services
- Anti-Fraud Services
- Cost Containment
- Group Conversion Privileges
- Customer Service Representatives
- Blue HealthLine

## Stop - Loss

| $100,000 Specific | Current<br>07/01/2004 - 06/30/2005 | Renewal<br>07/01/2005 - 06/30/2006 | Adjustment |
|---|---|---|---|
| Monthly Fee Per Contract | $15.46 | $13.38 | -13.45% |

Specific stop-loss protects against individual catastrophic claims paid during the plan year. Aggregate stop-loss protects against high claims for your group in total. Your stop-loss protection covers your Medical benefits (Facility and Physician) for Specific.

### BCBSM Stop-Loss Advantages:

* Administered on a per contract basis (i.e., a family of five is capped at $75,000 rather than each family member capped at $75,000 each)

* Guaranteed renewal
* No need to coordinate reimbursement with a third party
* Immediate credit for any contract that exceeds the specific stop-loss limit
* Pooled excess claims never affect future renewal rates

*7-1-06 Renewal*

## Administrative Fee

*300 - Health Care*
*Blue Cross Sub*

|  | Current<br>07/01/2005 - 06/30/2006 | Renewal<br>07/01/2006 - 06/30/2007 | Adjustment |
|---|---|---|---|
| Monthly Per Contract | $29.93 | $30.83 | 3.01% |

Your BCBSM Administrative Fee is all-inclusive. Your fee includes all of these advantages and more:

* HIPAA Certificates
* Benefit Books
* ID Cards
* Employee Communications
* Claims Processing
* Check Writing
* Local Account Representatives
* Utilization Management Reports
* Precertification
* Utilization Review
* Case Management
* Membership Processing
* Actuarial Services
* Anti-Fraud Services
* Cost Containment
* Group Conversion Privileges
* Customer Service Representatives
* BlueHealthConnection

## Stop - Loss

| $100,000 Specific | Current<br>07/01/2005 - 06/30/2006 | Renewal<br>07/01/2006 - 06/30/2007 | Adjustment |
|---|---|---|---|
| Monthly Fee Per Contract | $13.38 | $19.12 | 42.90% |

Specific stop-loss protects against individual catastrophic claims paid during the plan year. Aggregate stop-loss protects against high claims for your group in total. Your stop-loss protection covers your Medical benefits (Facility and Physician) for Specific.

### BCBSM Stop-Loss Advantages:

* Administered on a per contract basis (i.e., a family of five is capped at $75,000 rather than each family member capped at $75,000 each)

* Guaranteed renewal
* No need to coordinate reimbursement with a third party
* Immediate credit for any contract that exceeds the specific stop-loss limit
* Pooled excess claims never affect future renewal rates

## Administrative Fee

|  | Current 07/01/2006 - 06/30/2007 | Renewal 07/01/2007 - 06/30/2008 | Adjustment |
|---|---|---|---|
| Monthly Per Contract | $30.83 | $31.45 | 2.01% |

Your BCBSM Administrative Fee is all-inclusive. Your fee includes all of these advantages and more:

* HIPAA Certificates
* Benefit Books
* ID Cards
* Employee Communications
* Claims Processing
* Check Writing
* Local Account Representatives
* Utilization Management Reports
* Precertification
* Utilization Review
* Case Management
* Membership Processing
* Actuarial Services
* Anti-Fraud Services
* Cost Containment
* Group Conversion Privileges
* Customer Service Representatives
* BlueHealthConnection

## Stop - Loss

| $150,000 Specific | Current 07/01/2006 - 06/30/2007 | Renewal 07/01/2007 - 06/30/2008 | Adjustment |
|---|---|---|---|
| Monthly Fee Per Contract | $10.05 | $12.61 | 25.47% |

Specific stop-loss protects against individual catastrophic claims paid during the plan year. Aggregate stop-loss protects against high claims for your group in total. Your stop-loss protection covers your Medical benefits (Facility and Physician) for Specific.

### BCBSM Stop-Loss Advantages:

* Administered on a per contract basis (i.e., a family of five is capped at $75,000 rather than each family member capped at $75,000 each)

* Guaranteed renewal
* No need to coordinate reimbursement with a third party
* Immediate credit for any contract that exceeds the specific stop-loss limit
* Pooled excess claims never affect future renewal rates

## Administrative Fee

|                      | Current<br>07/01/2007 - 06/30/2008 | Renewal<br>07/01/2008 - 06/30/2009 | Adjustment |
|----------------------|-----------------------------------|-----------------------------------|------------|
| Monthly Per Contract | $31.85                            | $32.84                            | 3.11%      |

Your BCBSM Administrative Fee is all-inclusive. Your fee includes all of these advantages and more:

- HIPAA Certificates
- ID Cards
- Employee Communications
- Claims Processing
- Check Writing
- Local Account Representatives
- Utilization Management Reports
- Precertification
- Utilization Review

- Case Management
- Membership Processing
- Actuarial Services
- Anti-Fraud Services
- Cost Containment
- Group Conversion Privileges
- Customer Service Representatives
- BlueHealthConnection

## Stop - Loss

| $150,000 Specific    | Current<br>07/01/2007 - 06/30/2008 | Renewal<br>07/01/2008 - 06/30/2009 | Adjustment |
|----------------------|-----------------------------------|-----------------------------------|------------|
| Monthly Fee Per Contract | $11.81                        | $13.82                            | 17.02%     |

Specific stop-loss protects against individual catastrophic claims paid during the plan year. Aggregate stop-loss protects against high claims for your group in total. Your stop-loss protection covers your Medical benefits (Facility and Physician) for Specific.

### BCBSM Stop-Loss Advantages:

* Administered on a per contract basis (i.e., a family of five is capped at $75,000 rather than each family member capped at $75,000 each)

* Guaranteed renewal
* No need to coordinate reimbursement with a third party
* Immediate credit for any contract that exceeds the specific stop-loss limit
* Pooled excess claims never affect future renewal rates

## Administrative Fee

| | Current<br>07/01/2009 - 06/30/2010 | Renewal<br>07/01/2010 - 06/30/2011 | Adjustment |
|---|---|---|---|
| Monthly Per Contract | $33.79 | $35.14 | 4.00% |

Your BCBSM Administrative Fee is all-inclusive. Your fee includes all of these advantages and more:

- * HIPAA Certificates
- * ID Cards
- * Employee Communications
- * Claims Processing
- * Check Writing
- * Local Account Representatives
- * Utilization Management Reports
- * Precertification
- * Utilization Review

- * Case Management
- * Membership Processing
- * Actuarial Services
- * Anti-Fraud Services
- * Cost Containment
- * Group Conversion Privileges
- * Customer Service Representatives
- * BlueHealthConnection

## Stop - Loss

| Specific / Aggregate<br>Attachment Point | Current period<br>07/01/2009 - 06/30/2010 | Renewal period<br>07/01/2010 - 06/30/2011 | Adjustment<br>from Current |
|---|---|---|---|
| Current $150,000 / 0%<br>Monthly Fee Per Contract | $16.10 | $33.50 | 108.08% |
| $0 / 0%<br>Monthly Fee Per Contract | | $0.00 | -100.00% |
| Aggregate Attachment Point<br>with $0 Specific | | $0 | NA |

Specific stop-loss protects against individual catastrophic claims paid during the plan year. Aggregate stop-loss protects against high claims for your group in total. Your stop-loss protection covers your Medical benefits (Facility and Physician) for Specific.

### BCBSM Stop-Loss Advantages:

* Administered on a per contract basis (i.e., a family of five is capped at $75,000 rather than each family member capped at $75,000 each)

* Guaranteed renewal
* No need to coordinate reimbursement with a third party
* Immediate credit for any contract that exceeds the specific stop-loss limit
* Pooled excess claims never affect future renewal rates